NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LADAMAIN LAMAR ISOM,
DOC #S18550,

        Appellant,

v.

        Case No. 2D17-2632

STATE OF FLORIDA,

        Appellee.

Opinion filed November 21, 2018.

Appeal from the Circuit Court for
Manatee County; Susan M. Maulucci,
Judge.

Howard L. Dimmig, II, Public Defender,
and Pamela H. Izakowitz, Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Susan D. Dunlevy,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

        Affirmed.

VILLANTI, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.